**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CHAMBERS OF<br>**JOEL SCHNEIDER**<br>UNITED STATES MAGISTRATE JUDGE | MITCHELL H. COHEN COURTHOUSE<br>1 John F. Gerry Plaza, Room 2060<br>CAMDEN, NJ 08101-0887<br>(856) 757-5446 |

ELECTRONICALLY FILED
September 11, 2008

David Bruce Gordon, Esquire
Schoeman, Updike & Kaufman, LLP
60 East 42nd Street
39th Floor
New York, NY 10165

    Re:  **Scotti v. The Prudential Welfare Benefits Plan**
          **Civil No. 08-3339 (RMB)**

Dear Mr. Gordon:

    In response to your recent letter [Doc. No. 11], the Court notes that its Scheduling Order [Doc. No. 10] is consistent with your understanding.  The deadline for the completion of Phase 1 of fact discovery is December 1, 2008.  The expert schedule in the Order is only for Phase 1 of the case.  A final deadline for fact and expert discovery, if necessary, will be set after the parties' dispositive motions are decided.

                                          Very truly yours,

                                          *s/ Joel Schneider*

                                          JOEL SCHNEIDER
                                          United States Magistrate Judge

JS:jk
cc:  Hon. Renée Marie Bumb
     All Counsel